IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| CARLOS FIGUEROA | : | NO. 08-38 |

<u>Order</u>

AND NOW, this 25th day of May, 2010, upon consideration of the defendant's Motion for Judgment of Acquittal made at trial on December 16, 2009, the government's response in opposition, the defendant's memorandum of law in support of his motion, the government's reply thereto, the defendant's surreply, the government's supplemental legal memorandum, oral argument on the defendant's motion, the parties' supplemental writings following oral argument, and upon reviewing the trial transcripts, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendant's motion is DENIED.

BY THE COURT:

<u>/s/ Mary A. McLaughlin</u>
MARY A. McLAUGHLIN, J.